UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

BARBARA KIM MARSHALL

    Plaintiff,

v.                                 Case No: 13-CV-0443

PRECISION PIPELINE LLC

    Defendant.

---

### ENTRY OF DEFAULT

---

Barbara Kim Marshall ("Plaintiff") requests that the clerk of court enter default against Precision Pipeline LLC ("Defendant") pursuant to FEDERAL RULE OF CIVIL PROCEDURE 55(a). It appears from the record that Defendant has failed to appear, plead or otherwise defend. The default of Defendant Precision Pipeline LLC is hereby entered pursuant to rule 55(a).

Dated this 5th day of December, 2013.

                                                                Peter Oppeneer, Clerk of Court

HEINS & MINKO LLC
1001 West Glen Oaks Lane, Suite 101
Mequon, Wisconsin 53092
(262) 241-8444 voice
(262) 241-8455 facsimile
e-mail: rdahl@heinslawoffice.com