IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BARBARA MARSHALL,

          Plaintiff,                          ORDER

v.

                                            13-cv-443-wmc

PRECISION PIPELINE, LLC,

          Defendant.

Defendant Precision Pipeline, LLC filed a motion to vacate entry of default on December 20, 2013. (Dkt. #18.) Plaintiff had until December 27, 2013, to file a response. Having failed to do so, and there appearing to be good cause to vacate the entry of default pursuant to Fed. R. Civ. P. 55(c) in light of a mix up in the receipt of service in defendant's Eau Claire office,

ORDER

IT IS ORDERED that defendant's motion to vacate entry of default (dkt. #18) is GRANTED and the hearing set for January 8, 2014, is STRUCK. Defendant may have until January 8, 2014, to file and serve an answer, motion or other responsive pleading to plaintiff's complaint. Failure to do so will result in the court rescheduling the hearing for default judgment.

Entered this 2nd day of January, 2014.

                                        BY THE COURT:

                                        /s/

                                        WILLIAM M. CONLEY
                                        District Judge