IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BARBARA KIM MARSHALL,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                          Case No. 13-cv-443-wmc

PRECISION PIPELINE LLC,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered granting summary judgment in favor of defendant Precision Pipeline LLC and dismissing this case.

                s/Vivian Olmo, Deputy Clerk                1/15/2015
                Peter Oppeneer, Clerk of Court                  Date